MICHAEL KMETH, Respondent, *v.* MICHAEL J. DELE-HANTY, Doing Business under the Name of THE DELEHANTY INSTITUTE, Appellant.

(Argued January 23, 1935; decided February 26, 1935.)

*Clarence E. Mellen* and *William Butler* for appellant.

*Rowland H. Long, Edward J. Lamberton* and *Milton Dombroff* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts, on the ground the evidence fails to show any negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.